# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2021. JOSHUA ARNOLD v. KEVIN SPRAYBERRY, WARDEN.

The trial court denied Joshua Arnold's motion to set aside its order denying his habeas corpus petition, and Arnold filed an appeal to this Court. The Supreme Court of Georgia has appellate jurisdiction over all habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/18/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*